UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



FILED
JUN 01 2006

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELDER ORLANDO GOMEZ-PEREZ,<br>a/k/a Enrique Felix Torres,<br><br>Defendant. | CR 06-M20<br><br>FINDING OF<br>PROBABLE CAUSE |

This matter came before the Court for an initial appearance, preliminary examination and detention hearing on Thursday, June 1, 2006. The defendant appeared in person and by his counsel, Assistant Federal Public Defender Bill Delaney. The United States appeared by Assistant United States Attorney, Jeff Clapper.

Based upon the testimony of Craig Scherer, Special Agent with Immigration and Customs Enforcement, the court finds probable cause to believe that the defendant has committed the acts alleged in the Complaint.

Dated at Sioux Falls, South Dakota, this 1st day of June, 2006.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, Clerk of Courts

By_____, Deputy

(SEAL)